824

York Central Railroad Co.; and *Leo P. Day* for McNabb Grain Co. et al., appellees.

No. 590. UNITED STATES *v.* FIRST NATIONAL BANK & TRUST CO. OF LEXINGTON ET AL. Appeal from the United States District Court for the Eastern District of Kentucky. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Larry L. Williams* and *Melvin Spaeth* for the United States. *James Park, R. W. Keenon* and *Clinton M. Harbison* for appellees.

No. 1071. GENERAL MOTORS CORP. *v.* WASHINGTON ET AL. Appeal from the Supreme Court of Washington. Motions of National Association of Manufacturers of the United States of America; Magazine Publishers Association, Inc.; Electronic Industries Association; National Coal Association; and Automobile Manufacturing Association, Inc., for leave to file briefs, as *amici curiae,* granted. Probable jurisdiction noted. *Aloysius F. Power, Donald K. Barnes, Thomas J. Hughes* and *Dewitt Williams* for appellant. *John J. O'Connell,* Attorney General of Washington, *John W. Riley,* Special Assistant Attorney General, and *James A. Furber, Timothy R. Malone* and *Lloyd W. Peterson,* Assistant Attorneys General, for appellees. *Lambert H. Miller* and *Alan M. Nedry* for National Association of Manufacturers of the United States of America; *Richard Joyce Smith* for Magazine Publishers Association, Inc.; *Harry G. Mason* for Electronic Industries Association; *Robert E. Lee Hall* and *Richard L. Hirshberg* for National Coal Association; and *Louis F. Dahling* and *Richard D. Pohr* for Automobile Manufacturers Association, Inc., as *amici curiae,* in support of appellant.